**(115 So. 127)**

**No. 28743.**

## PITTMAN et al. v. BOSSIER PARISH SCHOOL BOARD.

Nov. 30, 1927.

*(Syllabus by Editorial Staff.)*

**Appeal and error ⬳1125—Judgment will be affirmed, where appellants abandoned appeal and joined with appellee in joint motion for affirmance.**

Where appellants abandoned appeal, and they and appellee filed joint motion in Supreme Court, in which all parties to suit prayed that judgment be affirmed, at appellants' cost, it will be so affirmed.

Appeal from Twenty-Sixth Judicial District Court, Parish of Bossier; T. F. Bell, Judge.

Suit by Will S. Pittman and others against the Bossier Parish School Board. Judgment for defendant, and plaintiffs appeal. Affirmed.

Robertson & Gibbs, of Shreveport, for appellants.

R. H. Lee, Dist. Atty., of Minden, and Lewis R. Graham, of New Orleans, for appellee.

BRUNOT, J. The appeal in this case is from a judgment sustaining the consolidation into one district of certain school districts and unorganized territory in the parish of Bossier and decreeing the validity of two bond issues which were ratified by the voters of the district, thus created, in elections held for that purpose.

It is not necessary to pass upon the issues raised by the pleadings in this case, for the reason that appellants have abandoned their appeal, and they and the appellee have filed, in this court, a joint motion, in which all parties to the suit pray that the judgment appealed from be affirmed, at appellants' cost.

It is therefore ordered that the judgment appealed from be and it is hereby affirmed, at appellants' cost.